AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| JESSICA BRILUS and CASSANDRA NICOLAS <br><br> *Plaintiff(s)* <br> v. <br> PATRICIA BATCHELDER and JOHN ESPINAL <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 0:25-cv-62066-DSL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  PATRICIA BATCHELDER
1750 SW 32nd St
Fort Lauderdale, FL 3331

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Derek Smith Law Group, PLLC
c/o Daniel Jordan Barroukh, Esq.
520 Brickell Key Drive, Suite O-301
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 10/15/2025

Angela E. Noble
Clerk of Court

SUMMONS

*s/ Nadhege Augustin*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| JESSICA BRILUS and CASSANDRA NICOLAS <br><br> *Plaintiff(s)* <br> v. <br> PATRICIA BATCHELDER and JOHN ESPINAL <br><br> *Defendant(s)* | Civil Action No.  0:25-cv-62066-DSL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  JOHN ESPINAL
8454 NW 27th Street
Pembroke Pines, FL 33024

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Derek Smith Law Group, PLLC
c/o Daniel Jordan Barroukh, Esq.
520 Brickell Key Drive, Suite O-301
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  10/15/2025

Angela E. Noble
Clerk of Court

*s/ Nadhege Augustin*
Deputy Clerk
U.S. District Courts