# AFFIDAVIT OF SERVICE
## UNITED STATES DISTRICT COURT
### District of Florida

Case Number: 0:25-CV-62066-DS

**Plaintiff:** JESSICA BRILUS and CASSANDRA NICOLAS
vs.
**Defendant:** PATRICIA BATCHELDER and JOHN ESPINAL

For:
Daniel Barroukh
Derek Smith Law Group

Received by Ira Smith on the 23rd day of October, 2025 at 5:42 pm to be served on **John Espinal, 8454 NW 27th Street, Pembroke Pines, FL 33024.**

I, Ira Smith, being duly sworn, depose and say that on the **4th day of November, 2025** at **6:29 pm**, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons in a Civil Action, Complaint and Demand For Jury Trial, Civil Cover Sheet** with the date and hour of service endorsed thereon by me, to: **John Espinal** at the address of: **8454 NW 27th Street, Pembroke Pines, FL 33024**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
10/25/2025 9:30 am  Attempted service at 8454 NW 27th Street, Pembroke Pines, FL 33024 One vehicle in the driveway and no answer at the door
10/28/2025 6:16 pm  Attempted service at 8454 NW 27th Street, Pembroke Pines, FL 33024 same vehicle in the driveway and still no answer at the door.
10/30/2025 7:10 pm  Attempted service at 8454 NW 27th Street, Pembroke Pines, FL 33024 no cars in the driveway and no answer at the door
10/31/2025 1:55 pm  Attempted service at 8454 NW 27th Street, Pembroke Pines, FL 33024 no cars in the driveway and no answer
11/1/2025 12:02 pm  Attempted service at 8454 NW 27th Street, Pembroke Pines, FL 33024 made another attempt today and there was no cars in the driveway and no answer
11/4/2025 9:23 am  Attempted service at 8454 NW 27th Street, Pembroke Pines, FL 33024 Second car in the driveway and it belongs to the housekeeper and she told me John Espinal is not home at this time.

**Description** of Person Served: Age: 40, Sex: M, Race/Skin Color: Hispanic, Height: 5'9", Weight: 210, Hair: Dark Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Special Process Server in good standing in the county or judicial circuit in which the process was affected in accordance with State Statutes. Under penalties of perjury, I declare that I have read the forgoing Affidavit/Verified Return of service and the facts stated in it are true and correct. Pursuant to F.S. 92.525(2).

Ira Smith
SPS #1569

Subscribed and Sworn to before me by means of [X] physical presence or [ ] online notarization this the 5 day of November, 2025 by the affiant who is personally known to me.

NOTARY PUBLIC

GABRIELLE MARIE THOMAS
Notary Public-State of Florida
Commission # HH 525447
My Commission Expires
May 05, 2028

DLE PROCESS SERVERS, INC.
1750 Coral Way
Suite 300
Miami, FL 33145
(786) 220-9705

Our Job Serial Number: DLE-2025058810

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| JESSICA BRILUS and CASSANDRA NICOLAS <br><br> *Plaintiff(s)* <br> v. <br> PATRICIA BATCHELDER and JOHN ESPINAL <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 0:25-cv-62066-DSL |

*Handwritten: 11/4/25 6:29 PM John E. I.S. #1569*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  JOHN ESPINAL
8454 NW 27th Street
Pembroke Pines, FL 33024

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Derek Smith Law Group, PLLC
c/o Daniel Jordan Barroukh, Esq.
520 Brickell Key Drive, Suite O-301
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: 10/15/2025

Angela E. Noble
Clerk of Court

s/ *Nadhege Augustin*
Deputy Clerk
U.S. District Courts