UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:25-cv-62066-DSL

JESSICA BRILUS and
CASSANDRA NICOLAS,

    Plaintiffs,

vs.

PATRICIA BATCHELDER and
JOHN ESPINAL,

    Defendants.
_____/

## NOTICE OF ATTORNEY APPEARANCE FOR DEFENDANTS

NOTICE IS HEREBY GIVEN that Todd W. Shulby, Esq. and Todd W. Shulby, P.A., represent the Defendants, PATRICIA BATCHELDER and JOHN ESPINAL, in this action.

Respectfully submitted,

TODD W. SHULBY, P.A.
Todd W. Shulby, Esq.
1792 Bell Tower Lane
Weston, Florida 33326
Telephone: (954) 530-2236
Facsimile: (954) 530-6628
E-mail: tshulby@shulbylaw.com
Counsel for Defendants

By:   /s/Todd W. Shulby, Esq.
       Florida Bar No.: 068365