UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:25-cv-62066-DSL

JESSICA BRILUS and
CASSANDRA NICOLAS,

        Plaintiffs,

vs.

PATRICIA BATCHELDER and
JOHN ESPINAL,

        Defendants.
_____/

**DEFENDANTS' NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(d), I certify that the instant action:

____ IS      related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____

_X_ IS NOT      related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

        Respectfully submitted,

        TODD W. SHULBY, P.A.
        Todd W. Shulby, Esq.
        1792 Bell Tower Lane
        Weston, Florida 33326
        Telephone: (954) 530-2236
        Facsimile: (954) 530-6628
        E-mail: tshulby@shulbylaw.com
        Counsel for Defendants

        By:    /s/Todd W. Shulby, Esq.
                  Florida Bar No.: 068365