UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:25-cv-62066-LEIBOWITZ

JESSICA BRILUS, *et al.*,

    *Plaintiffs,*

v.

PATRICIA BATCHELDER, *et. al.*,

    *Defendants.*

_____/

## ORDER

**THIS CAUSE** is before the Court on Defendant's Unopposed Motion for Twenty-One (21) Day Enlargement of Time to File Response to Plaintiffs' Complaint ("the Motion") [ECF No. 10], filed on December 1, 2025.  Being fully advised, it is hereby **ORDERED AND ADJUDGED** that the Motion **[ECF No. 10]** is **GRANTED**.  Defendants shall file an answer or response to Plaintiff's complaint no later than December 23, 2025.

**DONE AND ORDERED** in the Southern District of Florida on December 2, 2025.

_____
DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record