UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JESSICA BRILUS and
CASSANDRA NICOLAS,

      Plaintiffs,

v.

PATRICIA BATCHELDER and
JOHN ESPINAL,

      Defendants.
_____/

CASE NO.: 0:25-cv-62066-DSL

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Plaintiffs, JESSICA BRILUS and CASSANDRA NICOLAS, by and through their undersigned counsel, hereby submit the following complete list of interested persons and corporations in this action, as required by the Court's December 29, 2025, Order [D.E. 13]:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action—including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

   a. **Jessica Brilus,** *Plaintiff*
      **c/o Derek Smith Law Group, PLLC**
      **520 Brickell Key Dr, Suite O-301**
      **Miami, Florida 33131**

   b. **Cassandra Nicolas,** *Plaintiff*
      **c/o Derek Smith Law Group, PLLC**
      **520 Brickell Key Dr, Suite O-301**
      **Miami, Florida 33131**

    c.  **Patricia Batchelder,** *Defendant*
        **c/o Todd W. Shulby, P.A.**
        **1792 Bell Tower Lane**
        **Weston, Florida 33326**

    d.  **John Espinal,** *Defendant*
        **c/o Todd W. Shulby, P.A.**
        **1792 Bell Tower Lane**
        **Weston, Florida 33326**

    e.  **Daniel J. Barroukh, Esq.,** *Counsel for Plaintiffs*
        **Derek Smith Law Group, PLLC**
        **520 Brickell Key Dr, Suite O-301**
        **Miami, Florida 33131**

    f.  **Derek Smith Law Group, PLLC,** *Counsel for Plaintiffs*
        **520 Brickell Key Dr, Suite O-301**
        **Miami, Florida 33131**

    g.  **Todd W. Shulby, Esq.,** *Counsel for Defendants*
        **Todd W. Shulby, P.A.**
        **1792 Bell Tower Lane**
        **Weston, Florida 33326**

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    **None.**

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

    **None.**

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

    **Jessica Brilus,** *Plaintiff*

    **Cassandra Nicolas,** *Plaintiff*

I certify that I am unaware of any actual or potential conflict of interest involving the District Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

Dated:  Miami, Florida
        December 31, 2025

**DEREK SMITH LAW GROUP, PLLC**
*Counsel for Plaintiff*

/s/ Daniel J. Barroukh
Daniel J. Barroukh, Esq.
Florida Bar No.: 1049271
Derek Smith Law Group, PLLC
520 Brickell Key Drive, Suite O-301
Miami, FL 33131
Tel: (786) 688-2335
Fax: (305) 503-6741
Danielb@dereksmithlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document is being served on December 31, 2025, on Todd W. Shulby, Esq., of Todd W. Shulby, P.A., *Counsel for Defendants*, 1792 Bell Tower Lane, Weston, Florida 33326, Email: tshulby@shulbylaw.com, via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Daniel J. Barroukh*
Daniel J. Barroukh, Esq.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document is being served on December 31, 2025, on Todd W. Shulby, Esq., of Todd W. Shulby, P.A., *Counsel for Defendants*, 1792 Bell Tower Lane, Weston, Florida 33326, Email: tshulby@shulbylaw.com, via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Daniel J. Barroukh*
Daniel J. Barroukh, Esq.