UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JESSICA BRILUS and
CASSANDRA NICOLAS,

       Plaintiffs,                        CASE NO.: 0:25-cv-62066-DSL

v.

PATRICIA BATCHELDER and
JOHN ESPINAL,

       Defendants.
_____/

## PROPOSED SCHEDULING ORDER

**THIS CAUSE** is set for trial during the Court's two-week trial calendar beginning on **January 18, 2027**. If the case cannot be tried during the two-week period, it will be re-set for each successive trial calendar until it is tried or resolved. The **Calendar Call** will be held at **9:00 a.m. on Monday, January 11, 2027**. The parties shall adhere to the following schedule:

| | | |
|---|---|---|
| 1. | Joinder of any additional parties and filing of motion to amend the pleadings by | **3/13/26** |
| 2. | Parties shall select a mediator pursuant to Local Rule 16.2 and shall schedule a time, date, and place for mediation by | **2/13/26** |
| 3. | Plaintiffs shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by | **5/29/26** |
| 4. | Defendant(s) shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by | **6/12/26** |
| 5. | Exchange of rebuttal expert witness summaries and reports as required by Fed. R. Civ. P. 26(a)(2) by | **7/10/26** |
| 6. | Written lists containing the names and addresses of all fact witnesses intended to be called at trial by | **7/17/26** |
| 7. | Fact discovery shall be completed by | **8/28/26** |

| | |
|---|---|
| 8. Expert discovery shall be completed by | **8/28/26** |
| 9. Mediation shall be completed by | **9/11/26** |
| 10. Dispositive motions, including summary judgment and Daubert, shall be filed by | **9/18/26** |
| 11. Deposition designations and counter-designations shall be filed by | **11/27/26** |
| 12. All pretrial motions and memoranda of law, including motions *in limine*, shall be filed by | **12/4/26** |
| 13. Joint pretrial stipulation, proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law shall be filed by | **12/18/26** |

**By:**

*/s/ Daniel J. Barroukh*
Daniel J. Barroukh, Esq.
Florida Bar No. 1049271
danielb@dereksmithlaw.com

**Derek Smith Law Group, PLLC**
520 Brickell Key Drive, #O-301
Miami, FL 33131
Telephone: 786-688-2335
Fax: (305) 503-6741
*Counsel for Plaintiffs*

*/s/ Todd W. Shulby*
Todd W. Shulby, Esq.
Florida Bar No. 68365
tshulby@shulbylaw.com

**Todd W. Shulby, P.A.**
1792 Bell Tower Lane
Weston, Florida 33326
Tel: (954) 530-2236
Fax: (954) 530-6628
*Counsel for Defendants*

DONE AND ORDERED in Chambers at Miami, Florida, this ____ day of January, 2026.

_____
The Honorable DAVID S. LEIBOWITZ
United States District Judge