UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:25-CV-62066-DSL

JESSICA BRILUS and
CASSANDRA NICOLAS,

        Plaintiffs,

V.

PATRICIA BATCHELDER and
JOHN ESPINAL,

        Defendants.

_____/

### STIPULATION FOR SUBSTITUTION OF COUNSEL

    TODD W. SHULBY, ESQ., current counsel for Defendants PATRICIA BATCHELDER and JOHN ESPINAL, hereby stipulates that LOUIS V. MARTINEZ, Esq., shall substitute as counsel for the Defendants in the above styled case and that Todd W. Shulby, Esq., shall be removed as counsel have no further responsibility in this action. Undersigned counsel LOUIS V. MARTINEZ, ESQ., further requests that copies of any and all pleadings, notices, correspondence and/or other matters pertaining to this cause be directed to Louis V. Martinez, Esq., on behalf of said Defendants.

Dated: Thursday, January 29, 2026.

| /S/ Todd W. Shulby | /S/ Louis V. Martinez |
|---|---|
| Todd W. Shulby, Esq. | Louis V. Martinez, Esq. |
| 1792 Bell Tower Lane | 8100 Oak Lane Suite 403 |
| Weston, FL 33326 | Miami Lakes, FL 33061 |
| Phone: (954) 530-2236 | Tel (305) 358-4500 |
| Fax: (954) 530-6628 | Fax (786) 662-3011 |
| FBN: 068365 | FBN: 528862 |
| tshulby@shulbylaw.com | lmartinez@vitalehealthlaw.com |