UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:25-cv-62066-LEIBOWITZ

JESSICA BRILUS, *et al.*,

    *Plaintiffs,*

v.

PATRICIA BATCHELDER, *et al.*,

    *Defendants.*

_____/

## ORDER

**THIS CAUSE** is before the Court on counsel for Defendants' Stipulated Motion for Substitution of Counsel ("the Motion") [ECF No. 18], filed on January 29, 2026. Being fully advised, it is **ORDERED AND ADJUDGED** that the Motion **[ECF No. 18]** is **GRANTED**.[1] Louis V. Martinez, Esq. is substituted as counsel of record in place of Todd W. Shulby, Esq. **The Clerk** is directed to terminate Todd W. Shulby from this case. Todd W. Shulby will have no further responsibility in this case as to Defendants.

**DONE AND ORDERED** in the Southern District of Florida on January 29, 2026.

                                                      DAVID S. LEIBOWITZ
                                                      UNITED STATES DISTRICT JUDGE

cc:    counsel of record

---

[1] The document filed at ECF No. 19 appears to be an identical copy of ECF No. 18. Accordingly, the motion docketed as ECF No. 19 is **DENIED AS MOOT**.