UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JESSICA BRILUS and
CASSANDRA NICOLAS,

       Plaintiffs,                                              CASE NO.: 0:25-cv-62066-DSL

v.

PATRICIA BATCHELDER and
JOHN ESPINAL,

       Defendants.
_____/

## NOTICE OF MEDIATION CONFERENCE

Plaintiffs, Jessica Brilus and Cassandra Nicolas, hereby notify the Court that the Parties have agreed to conduct the in-person mediation conference in the above-captioned matter on Wednesday, September 2, 2026, at 10:00 a.m., before Carlos Borruezo, Esquire, at 520 Brickell Key Drive, Suite O-301, Miami, FL 33131.

Dated:  Miami, Florida
          February 3, 2026,

**DEREK SMITH LAW GROUP, PLLC**
*Counsel for Plaintiffs*

/s/ Daniel J. Barroukh
Daniel J. Barroukh, Esq.
Florida Bar No. 1049271
Derek Smith Law Group, PLLC
520 Brickell Key Drive, Suite O-301
Miami, FL 33131
Tel: (305) 946-1884
Fax: (305) 503-6741
danielb@dereksmithlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document is being served on February 3, 2026, on all counsel of record on the service list below via the Court's CM/ECF system.

*/s/ Daniel J. Barroukh*
Daniel J. Barroukh, Esq.

## SERVICE LIST

**VITALE HEALTH LAW**
8100 Oak Lane Suite 403
Miami Lakes, FL 33061
Tel (305) 358-4500
Fax (786) 662-3011

Louis V. Martinez
Florida Bar No.: 528862
lmartinez@vitalehealthlaw.com

*Attorneys for Defendants*