**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

JESSICA BRILUS and
CASSANDRA NICOLAS,

       Plaintiffs,                             CASE NO.: 0:25-cv-62066-DSL

v.

PATRICIA BATCHELDER and
JOHN ESPINAL,

       Defendants.
_____/

**ORDER SCHEDULING MEDIATION**

The mediation conference in this matter shall be held with Carlos Borruezo on September 2, 2026, at 10:00 a.m. at 520 Brickell Key Drive, Suite O-301, Miami, FL 33131.

ENTERED this ___ day of _____, 20 ___.

_____
DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

Copies furnished:
All counsel of record