UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:25-cv-62066-LEIBOWITZ

JESSICA BRILUS, *et al.*,

    *Plaintiffs*,

v.

PATRICIA BATCHELDER, *et al.*,

    *Defendants*.

_____/

**ORDER**

The mediation conference in this matter shall be held as follows:

| | |
|---|---|
| **Mediator:** | Carlos Borruezo |
| **Date:** | September 2, 2026 |
| **Time:** | 10:00 A.M. |
| **Location:** | 520 Brickell Key Drive, Suite O-301, Miami, FL 33131 |

**DONE AND ORDERED** in the Southern District of Florida on February 3, 2026.

_____
DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record