**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

JESSICA BRILUS and
CASSANDRA NICOLAS,

CASE NO.: 0:25-cv-62066-DSL

Plaintiff(s)

vs.

PATRICIA BATCHELDER and
JOHN ESPINAL,

Defendants(s).

_______________________________/

**DEFENDANTS' MOTION TO COMPEL PLAINTIFFS' RESPONSES TO DEFENDANTS' DISCOVERY REQUESTS**

Defendants, Patricia Batchelder and John Espinal ("Defendants"), pursuant to Federal Rule of Civil Procedure 37(a), respectfully moves for an Order compelling Plaintiffs, Jessica Brilus and Casandra Nicolas ("Plaintiffs"), to provide complete responses to Defendant's Request for Production and Interrogatories. In support, Defendants state as follows:

1. On July 14, 2026, Defendants served Plaintiffs with (1) Request for Admissions, (2) Request for Production, and (3) Interrogatories.
2. Plaintiffs' responses to Defendants' Request for Admissions, Request for Production, and Interrogatories were due on or before August 12, 2026.
3. As of filling this Motion, Plaintiffs have failed to serve its responses to *all* of Defendants' discovery requests.
4. On or about August 13, 2026, Defendants' counsel agreed to allow Plaintiffs' counsel to respond to said discovery on or before September 10, 2026. This was the mutual date

tentatively agreed that all discovery for each party despite propounding discovery on a different day would be collectively due.

5. On that tentative understanding, the Parties submitted a proposed joint motion to amend the scheduling order to permit the parties additional time to respond.
6. Then on August 25, 2026, the court issue an Order denying the Parties proposed joint motion to amend the scheduling order.
7. Consequently, Defendants and Plaintiffs conferred again and came to an agreement that all discovery owed would be completed by the original deadline in the court's set order, and not by any prior understanding allowing additional time beyond the said deadline.
8. Defendants' counsel informed Plaintiffs' counsel over the phone that it would be filing a motion to compel discovery if responses were not provided.
9. Undersigned counsel certifies that the parties' counsel conferred by telephone in a good-faith effort on or about August 26, 2026 and August 27, 2026, to obtain the responses, among other concerns discussed, to our Request for Production and Interrogatories in lieu of court intervention.
10. Defendants would be unfairly prejudiced by Plaintiffs' failure to respond to Defendants' discovery requests despite indicating that the Plaintiffs would originally do so without Defendants seeking court intervention.

WHEREFORE, Defendants respectfully requests that this Court enter an Order:

a. Compelling Plaintiffs to produce all documents responsive to Defendants Requests for Production;

b. Requiring Plaintiffs to serve the certified interrogatories responses and/or produce the requested documents within five (**5) days** of the Court's Order, or within such other period as the Court deems appropriate; and

c. Granting such other and further relief as the Court deems just and proper.

Respectfully submitted,

/s/ *Reynaldo T. Acosta*
Reynaldo T. Acosta, Esq.
FBN: 1048542

The Health Law Offices of Anthony C. Vitale P.A.
8100 Oak Lane Suite 403
Miami Lakes, Florida 33016
TEL:(305) 358-4500
Email: racosta@vitalehealthlaw.com
*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing Motion to Compel Plaintiffs Responses to Defendants Discovery Requests was electronically filed on August 28, 2026, with the Clerk of the Court via CM/ECF. I also certify that the foregoing document was served on this day on all counsel of record listed on the attached Service List via electronic filing generated by CM/ECF:

/s/ Reynaldo T. Acosta________________
Reynaldo T. Acosta